**694 HILSINGER vs. CIRCUIT JUDGE. (Oakland), No. 16197.**

To vacate an order vacating a judgment rendered by a justice of the peace, for the value of property taken in replevin, upon transcript filed in the Circuit Court, perpetually staying proceedings in said cause, granting the plaintiff, in replevin, leave to appeal from the judgment rendered by the justice, and giving costs against relator.

Granted with costs against plaintiff, March, 1897.

Lathers brought replevin against relator before a justice and the property was taken under the writ. On the return day, August 31, 1896, Lathers not appearing, relator waived the return and took judgment for the value. After execution returned not satisfied, relator took and filed in the Circuit Court a transcript, and an execution was thereupon issued January 22, 1897. On February 5th, 1897, Lathers. moved to vacate the judgment and for leave to appeal.

**695 LAMBERTON vs. FOOT (Justice), 1 Doug., 102.**

To compel the entry of a verdict rendered by the jury in a replevin case, where the verdict was "this jury find for the plaintiff" and the justice refused to enter the same, because he regarded the verdict as insufficient.

Granted 1843.

**696 ELLISON vs. CIRCUIT JUDGE (Marquette), 41 M., 222.**

To compel the entry of a certain judgment on a verdict.
Denied June 18, 1879.

Relator sued E. S. and F. on a partnership note of E. and S., payable to relator or order, upon the back of which F. had written his name. E. and S. were defaulted and reference was made to the clerk to assess damages against them. F. appeared, pleaded and went to trial. The jury found for the plaintiff